Leland G. Embry CSB# 132656
Leland@fidats.com
P.O. Box 6280
Cape Elizabeth, ME 04107
Telephone: (207) 799-8033
Facsimile: (207) 799-8033

Attorney for Plaintiff
RONALD L. KAWCZYNSKI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RONALD L. KAWCZYNSKI,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. KAWCZYNSKI,<br><br>Defendant. | CASE NO.: 5:18-cv-05709 NC<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. Civ. P. 41(a)(1)(A)(ii) AND ORDER** |
| ROBERT J. KAWCZYNSKI,<br><br>Counter-Claimant,<br><br>vs.<br><br>RONALD L. KAWCZYNSKI,<br><br>Counter-Defendant. | |

IT IS HEREBY STIPULATED by RONALD L. KAWCZYNSKI ("Plaintiff") and Defendant ROBERT J. KAWCZYNSKI ("Defendant/Counter-Claimant"), by and through undersigned counsel, that the above-captioned action, including Plaintiff's Complaint and Defendant/Counter-Claimant's First Amended Counterclaim, be and is hereby dismissed with *prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs, including attorneys' fees, as set forth in the parties' Confidential Settlement Agreement and Release.

**IT IS SO STIPULATED.**

Dated: October 23, 2019

By: /s/ Leland G. Embry
LELAND G. EMBRY
Attorney for Plaintiff
RONALD L. KAWCZYNSKI

Dated: October 23, 2019

By: /s/ Amiel Wade
AMIEL WADE
Attorney for Defendant
ROBERT J. KAWCZYNSKI

## ORDER

Pursuant to the Parties' stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ORDERED that this matter is dismissed, in its entirety, with prejudice.

Dated: October 23, 2019



THE HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE